No. 87–5971. ROBERTS *v.* FLORIDA. Sup. Ct. Fla.;

No. 87–5984. NOLAND *v.* NORTH CAROLINA. Gen. Ct. Justice, Super. Ct. Div., Mecklenburg County, N. C.;

No. 87–6223. KOON *v.* FLORIDA. Sup. Ct. Fla.;

No. 87–6236. ALDERMAN *v.* GEORGIA. Sup. Ct. Ga.; and

No. 87–6266. FORD *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227,-231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 87–6173. DARDEN *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.

JUSTICE BLACKMUN, with whom JUSTICE BRENNAN and JUSTICE MARSHALL join, dissenting.

I would grant the petition for certiorari and summarily reverse the judgment below primarily for the reasons stated in the dissent in *Darden* v. *Wainwright*, 477 U. S. 168, 188 (1986). I was not persuaded then, and I am not persuaded now, that petitioner Willie Jasper Darden received a fair trial in the Florida courts. A person should not be condemned to die and be executed under any system of justice in this country without a fair trial.